**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

NOV 0 4 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA,

                          Plaintiff,

          vs.

WENDY JIOVANNA ARBALLO ACEVES (1),

                          Defendant.

CASE NO.  14CR2019-AJB

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

_X__  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X__  of the offense(s) as charged in the Indictment and the Superseding Information:

8 USC 1324 - Transportation of Illegal Aliens and Aiding and Abetting

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: November 4, 2015

Karen S. Crawford
U.S. Magistrate Judge